## DALE et al. v. DALE et al., Appellants.

**Partitition : COSTS.** The proceeds of the sale of one tract of land, sold for the purpose of partition, cannot be applied in payment of fees or costs in proceedings for partition of another tract of land.

*Appeal from Clay Circuit Court.*—HON. G. W. DUNN, Judge.

REVERSED.

*D. C. Allen* for appellants.

SHERWOOD, J.—The proceeds of the sale of one tract of land, sold for the purpose of partition, cannot be applied in payment of fees or costs in proceedings for partition of another tract of land.

This is the summary of the law and facts of the case, and judgment reversed.